**Order entered October 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00354-CV**

**PAMELLA JOINER, Appellant**

**V.**

**THE WEITZMAN GROUP, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16489**

**ORDER**

Before the Court is appellant's October 4, 2022 unopposed fourth motion for an extension of time to file her brief on the merits.[1]  Appellant requests an extension of fourteen days following the filing of the supplemental clerk's record that was requested on October 3.  We **GRANT** the motion as follows.  We **ORDER** Dallas County District Clerk Felicia Pitre to file, on or before **October**

---

[1] Although titled a fourth extension motion, the time for filing the brief has not begun because the record is incomplete.

**14**, the requested supplemental clerk's record.  Appellant shall file her brief on or before **October 28**.

/s/    KEN MOLBERG
JUSTICE